UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:17-Civ-80686-RLR

| | |
|---|---|
| DAVID SHORR, Derivatively on Behalf of THERAPEUTICSMD, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ROBERT G. FINIZIO, DANIEL A. CARTWRIGHT, JOHN C.K. MILLIGAN, IV, BRIAN BERNICK, TOMMY G. THOMPSON, J. MARTIN CARROLL, JULES A. MUSING, COOPER C. COLLINS, ANGUS C. RUSSELL, NICHOLAS SEGAL, and ROBERT V. LAPENTA, JR., | ) ) ) ) ) ) ) ) ) ) **PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Defendants, -and- | ) ) ) |
| THERAPEUTICSMD, INC., a Nevada corporation, | ) ) ) |
| Nominal Defendant. | ) ) ) Hon. Robin L. Rosenberg Courtroom 2 |

Plaintiff David Shorr ("Plaintiff") hereby files this unopposed motion, pursuant to Federal Rules of Civil Procedure 41(a) and 23.1(c) and S.D. Fla. Local Rule 7.1, for voluntary dismissal of the above-captioned action and respectfully shows as follows:

1. Plaintiff filed his Verified Stockholder Derivative Complaint for Breach of Fiduciary Duty and Waste of Corporate Assets (the "Complaint"), on behalf of nominal defendant TherapeuticsMD, Inc. ("TherapeuticsMD" or the "Company"), against individual defendants Robert G. Finizio, Daniel A. Cartwright, John C.K. Milligan, IV, Brian Bernick, Tommy G. Thompson, J. Martin Carroll, Jules A. Musing, Cooper C. Collins, Angus C. Russell, Nicholas Segal, and Robert V. Lapenta, Jr. (collectively with TherapueticsMD, "Defendants") on May 30, 2017;

1

2. The time for Defendants to respond to the Complaint has not yet passed, and no Defendant has served an answer, motion to dismiss, or motion for summary judgment;

3. Plaintiff wishes to dismiss the above-captioned action voluntarily without prejudice pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees, costs and/or expenses;

4. Plaintiff and Defendants have not entered into any settlement in connection with this proposed voluntary dismissal, and neither Plaintiff nor his counsel have received, nor will receive, any form of consideration from Defendants in exchange for the dismissal of this action; and

5. Counsel for the Defendants has informed Plaintiff's counsel that the Defendants do not oppose the proposed voluntary dismissal of the action.

THEREFORE, Plaintiff respectfully requests that the Court enter the [Proposed] Order filed herewith, dismissing the above-captioned action without prejudice, with each party to bear its own attorneys' fees, costs and/or expenses.

## **LOCAL RULE 7.1(a)(3) CERTIFICATION**

Pursuant to S.D. Fla. Local Rule 7.1(a)(3), Plaintiff's counsel certifies that it has conferred with counsel for the Defendants and that Defendants do not oppose the relief requested by this motion.

Date: August 14, 2017                          Respectfully submitted,

*/s/ Lester R. Hooker*____
Lester R. Hooker (FL Bar No. 32242)
SAXENA WHITE P.A.
5200 Town Center Circle, Suite 601
Boca Raton, FL 33486
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
Email: lhooker@saxenawhite.com

>ROBBINS ARROYO LLP
>BRIAN J. ROBBINS
>FELIPE J. ARROYO
>SHANE P. SANDERS
>600 B Street, Suite 1900
>San Diego, CA 92101
>Telephone: (619) 525-3990
>Facsimile: (619) 525-3991
>E-mail: brobbins@robbinsarroyo.com
>         farroyo@robbinsarroyo.com
>         ssanders@robbinsarroyo.com
>
>*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the August 14, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

                                            */s/ Lester R. Hooker*
                                            Lester R. Hooker