UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:17-CV-80686-ROSENBERG/HOPKINS

DAVID SHORR,

    Plaintiff,

v.

ROBERT G. FINIZIO *et al.*,

    Defendants.

_____/

## ORDER DISMISSING AND CLOSING CASE

**THIS CAUSE** came before the Court upon Plaintiff's Unopposed Motion for Voluntary Dismissal Without Prejudice [DE 15]. The Court has carefully considered Plaintiff's Unopposed Motion and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Unopposed Motion for Voluntary Dismissal Without Prejudice [DE 15] is **GRANTED**.

2. Pursuant to Federal Rule of Civil Procedure 41(a), this action is **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own attorneys' fees, costs, and/or expenses.

3. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

4. All pending motions are **DENIED AS MOOT**, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 14th day of August, 2017.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record